**FILED**
CLERK, U.S. DISTRICT COURT

9/2/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___vav___ DEPUTY

**RELATED DDJ**

Broque Anthony ANDERSON
FULL NAME

"Broque" - (Brock)
COMMITTED NAME (if different)

Glen Helen Rehabillitation Center 18000
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Institution Rd. Devore, CA 92407

2110342215
PRISON NUMBER (if applicable)

My rights Constituent to Amendments 4 and 14 have been violated. Through the lack of foundation and the deprivation of my rights of due process, I was illegally detained and illegally searched. My rights jurisdiction of equal protection of the law was denied.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Broque Anthony ANDERSON

PLAINTIFF,

v.

San Bernardino Sheriffs Departments'
Oscar Ramos, Sgt. Edmond,
Olivares, and Alcala
DEFENDANT(S).

CASE NUMBER

**5:22-cv-01586-JAK-KES**

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? 4

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   · I have two in particular out of Rancho Cucamonga and Uplands Police Department. These two consisted of Illegal Search and Seizures along with excessive force.

   · The next two are the regards of Rancho Cucamonga's Sheriff Department. constant illegal searches and seizing of property.

a. Parties to this previous lawsuit:
Plaintiff _Broque Anthony ANDERSON_

Defendants _Rancho Cucamonga Sheriff Department and Upland Police Department_

b. Court _United States District Court, Central District of California_

c. Docket or case number _5:21-CV-02168-JAK-KES; 5:21-CV-02170-JAK-KES_

d. Name of judge to whom case was assigned _Magistrate Karen E. Scott, Judge John A. Kronstadt_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Ongoing proceedings of trial and or resolution._

f. Issues raised: _4th and 14th Constitutional Amendment rights and illegal restraint._

g. Approximate date of filing lawsuit: _1/4/2022_

h. Approximate date of disposition _N/A_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes   ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☑ No

   If your answer is no, explain why not _The grievance procedure does not exhaust remedies for the matters this complaints' regards are concerning for they occurred outside of the property of the facility. In intake the grievance procedure is unavailable_

3. Is the grievance procedure completed? ☐ Yes   ☑ No

   If your answer is no, explain why not _Facility does not accommodate the matters for they occurred outside of the institution, also the grievance procedure in intake were unavailable._

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Broque Anthony ANDERSON_
                                                                    (print plaintiff's name)
who presently resides at _Glen Helen Rehabilitation Center 18000 Institution Rd. Devore CA 92407_
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Loma Linda California_
(institution/city where violation occurred)

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 2 of 6

on (date or dates) March 17 2021 , March 18 2021 , _____ .
(Claim I)                    (Claim II)                    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  Edmond _____ resides or works at
(full name of first defendant)

655 East 3rd St. San Bernardino CA 92405
(full address of first defendant)

Sgt. E0224
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Denied me equal protection of the law. Completely ignorant on what I had expressed

2. Defendant  Oscar Ramos _____ resides or works at
(full name of first defendant)

655 East 3rd St. San Bernardino CA 92405
(full address of first defendant)

Deputy F4505
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Denied me equal protection of the law. Ignorant of what had been expressed accommodating
my actions, presence and well-being. Arrested me when there wasn't a problem.

3. Defendant  Olivares _____ resides or works at
(full name of first defendant)

655 East 3rd St. San Bernardino CA 92405
(full address of first defendant)

Deputy G4628
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Denied me equal protection of the law. Disregarded relevant facts provided by me to
accommodate any wrongful assumptions of action on my behalf.

4.  Defendant  *Alcala*
    (full name of first defendant)                                              resides or works at

    *655 East 3rd St. San Bernardino CA 92405*
    (full address of first defendant)

    *Deputy  F3061*
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

*Ignorant of all relevant facts made upon to him by me, declaring a means of regard as to why I was accompanying the property arrested on.*

5.  Defendant  _____  resides or works at

    (full name of first defendant)

    (full address of first defendant)

    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

1. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of
2. the United States, nor shall any state deprive any person of life, liberty or property without due
3. process of the law nor deny to any person within its jurisdiction the equal protection of the law.
4. My rights constituent to Amendment 14 were violated. The right of the people to be secure in their
5. persons, houses, papers and effects against unreasonable searches and seizures, shall not be
6. violated, and no warrant shall issue, but upon probable cause, supported by oath or
7. affirmation, and particularly describing the place to be searched and the persons or things
8. to be seized. My rights constituent to Amendment 4 were violated. The suspicions lacked
9. foundation and led to an illegal search and seizure, illegal detainment, and illegal restraint.
10. The restraint lasted 96 hrs. I was not on probation or parole and denied consent to any of
11. the actions made in response of the allegations made upon me. Site release detainings have
12. an 8hr. limit. I didn't commit a crime of trespassing. I was repeatedly searched against
13. my consent. I was denied equal protection of the law.
14.

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. On March 17, 2021 at or around 11:30 p.m. I was detained and arrested by San Bernardino Sheriff Department
2. by Ramos, Edmond, Olivares and Alcala, who are deputies of "SBSD". I was renting a hotel for about
3. two weeks while it was paid for in advance. Deputies Ramos, Olivares and Alcala approached me,
4. while a week into stay at the Loma Linda Holiday Inn, while in the computer room, grabbed me,
5. searched me and escorted me outside of the Hotel against my consent. I was placed into
6. a squad car after being searched in and outside of the hotel while not on probation or
7. parole against my consent. I was later told after driving off the hotel property that I was
8. being arrested for a trespassing. I was escorted to West Valley Detention Center for
9. a total of about 4 days in site release without food and clean water. Site release
10. by law is limited to 8 to 12hrs. before release is necessary. Prior to West Valley Site Release,
11. upon the arrest, I was not told I had to leave or vacate the property of the Loma Linda
12. Holiday Inn. Constitutional injury arose after I was searched and deprived of my
13. property. I specifically stated to the agency my business and regards to my accompanying
14. of the property, at the Holiday Inn. Still my rights were ignored by Ramos, Edmond, Olivares and Alcala

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe I am to be compensated for the amount of bail the trespassing charge that was withheld upon or over my person consisted of. I believe affirmative relief and compensation should be awarded on behalf of the notion of me being detained past the amount of time designated to legally hold me against my will in the site release process. The P.H. process was a 96 hr. process without food and water. My rights were violated. I also would like to be compensated for all of the legalities of the matter presented. Thankyou and have a blessed covid free evening. Punitive damages and affirmative relief are desired in correspondence to the constitutional injury made upon my person.

07/13/2022
(Date)

(Signature of Plaintiff)



Broque Anthony ANDERSON
P.O. Box 9490
Devore CA 92407

"LEGAL MAIL"

$C_p V$

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 East Temple Street, Room 180
Los Angeles, California 90012

Morena Valley PRDC 925
MAILED 31 AUG 2022PM

SEP - 2 2022