JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON,<br><br>　　Plaintiff,<br><br>v.<br><br>SAN BERNARDINO SHERIFF'S DEPARTMENT, et al.,<br><br>　　Defendants. | Case No. 5:22-cv-01586-JAK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed without prejudice.

DATED: January 03, 2024

　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE