UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BROQUE ANTHONY ANDERSON,

Plaintiff,

v.

SAN BERNARDINO SHERIFFS DEPARTMENT, et al.,

Defendants.

Case No. 5:22-cv-01586-JAK-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 53) addressing Plaintiff's motion for reconsideration/relief from judgment (Dkt. 51). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

/ / /

/ / /

IT IS THEREFORE ORDERED that Plaintiff's motion for reconsideration/relief from judgment (Dkt. 51) is DENIED.

DATED: May 29, 2024

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE